UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24155-CIV-MORENO

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY, and
GEICO CASUALTY CO.,

    Plaintiffs,

vs.

GILBERTO SECO, M.D., MED-UNION
MEDICAL CENTER, INC., JORGE A.
GONZALEZ, ALIUSKA AMIGO, L.M.T.,
SHINUET CABRERA, SERGIO VENTO
ANGARICA, AND JULIO CESAR PELAEZ,
F.N.P., LEANNE TRIGOURA, F.N.P.,
LEANNE TRIGOURA, F.N.P., BRYAN
ABREU, ORLANDO E. LEIVA, M.D.,
PREMIUM MEDICAL CENTER CORP.,
MABEL GUTIERREZ CONCEPCION,
L.M.T., OMNIA FERNANDEZ, A.G.N.P.,
GONZALEZ'S MEDICAL CENTER, INC.,
JOSE J. GONZALEZ, WILFREDO BLASINI,
M.D., ROSALVA ZEGARRA, P.A., FELIPE
DELGADO, L.M.T., and GISELA
CATALINA DE VALLE, L.M.T.,

    Defendants.
_____/

**ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ROSALVA ZEGARRA**

    THIS CAUSE came before the Court upon Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 4(m) **(D.E. 51)**, filed on **March 14, 2022**.

    THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that all claims against Defendant Rosalva Zegarra are **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record