Form of First Federal Stipulation of Dismissal

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: 1:21-cv-24155-FAM

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

    Plaintiffs,

vs.

GILBERTO SECO, M.D., et al.,

    Defendants.
_____/

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Premium Medical Center Corp, Mabel Gutierrez Concepcion, L.M.T., and Omnia Fernandez, A.G.N.P. that all claims asserted by Plaintiffs against Defendants Premium Medical Center Corp, Mabel Gutierrez Concepcion, L.M.T., and Omnia Fernandez, A.G.N.P. in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

| | |
|---|---|
| *[signature]* | *[signature]* |
| John P. Marino (FBN 814539) | Kenneth B. Schurr (FBN 876100) |
| SMITH, GAMBRELL & RUSSELL, LLP | Law Offices of Kenneth B. Schurr |
| 50 North Laura Street, Suite 2600 | 2030 S Douglas Road, Suite 105 |
| Jacksonville, Florida 32202 | Coral Gables, Florida 33134 |
| Phone: (904) 598-6100 | Phone: 305-441-9031 |
| jmarino@sgrlaw.com | counselken@schurrlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I certify that on April 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice and this document to the counsel of record in this case.

                                            */s/ John P. Marino*
                                            Attorney