UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24155-CIV-MORENO

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

        Plaintiffs,

vs.

GILBERTO SECO, M.D., et al.,

        Defendants.
_____/

## ORDER VACATING DEFAULT AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Vacate Default (**D.E. No. 96**), filed on **October 27, 2022**. For the reasons stated in the Report, it is

**ADJUDGED** that Defendants' Motion to Vacate Default is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record