UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24155-CIV-MORENO

GOVERNMENT EMPLOYEES INSURANCE
CO. et al.,

       Plaintiffs,

vs.

GILBERTO SECO, M.D. et al.,

       Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on the Plaintiffs' Motion for Summary Judgment **(D.E. 86)** and the Defendants' Motion for Summary Judgment **(D.E. 90)**, filed on **October 6, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 148)** on **August 7, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Plaintiffs' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART, and the Defendants' Motion for Summary Judgment is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of September 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record